Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| David Q. Borzilleri and Marjan Borzilleri aka Marjan Hamzelou, | Case No. 12-20503-RG |
| | Hearing Date: January 18, 2017 at 10:30 am |
| Debtors. | Judge: Rosemary Gambardella |

## APPLICATION APPROVING CONSENT ORDER

I, Francesca A. Arcure, hereby depose and says:

1. I am the attorney for Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1.
2. The Debtors' attorney and I came to an agreement resolving Secured Creditor's Motion for Relief from Automatic Stay.
3. The attached Consent Order reflects the agreement of all parties and was entered voluntarily.
4. Both parties believe that it is in the best interest of all parties that this Consent Order be approved.

5. I certify that the foregoing is true to the best of my knowledge and am aware that if anything herein is willfully false, I am subject to punishment.

Dated: January 18, 2017

                                  Buckley Madole, P.C.
Attorneys for Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1

By:   */s/ Francesca A. Arcure*
      Francesca A. Arcure