

Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on January 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| David Q. Borzilleri and Marjan Borzilleri aka Marjan Hamzelou, | Case No. 12-20503-RG |
| | Hearing Date: January 18, 2017 at 10:30 am |
| Debtors. | Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AN DPROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: January 19, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | David Q. Borzilleri and Marjan Borzilleri |
| Case No.: | 12-20503-RG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) with respect to the property known 546 Salem St, Paramus, New Jersey 07652, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent one (1) post-petition payment due November 2016 in the amount of $2,292.21, two (2) post-petition payments due December 2016 through January 2017 each payment in the amount of $2,279.37, less suspense of $1,484.10, for a total delinquency of $5,366.85.

2. Beginning in February 2017, Debtors to pay arrears in the amount of $5,366.85 over nine (9) months by making eight (8) monthly payments of $596.32 and one final payment of $596.29 in addition to Debtors' regular monthly payments.

3. Payments to resume timely and in full with the February 2017 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic

| | |
|---|---|
| Debtors: | David Q. Borzilleri and Marjan Borzilleri |
| Case No.: | 12-20503-RG |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FROM RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

stay permitting Secured Creditor to proceed with its action against the real property known as 546 Salem St, Paramus, New Jersey 07652.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Attorney At Law** |
| Attorney for the Secured Creditor | Attorney for the Debtors |
| By:/s/ *Francesca A. Arcure* | By:/s/ *James H. Cleary* |
| Francesca A. Arcure | James H. Cleary |
| Date: January 18, 2017 | Date: January 18, 2017 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-20503-RG
David Q. Borzilleri                                                     Chapter 13
Marjan Borzilleri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 20, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db/jdb        +David Q. Borzilleri,    Marjan Borzilleri,   546 Salem Street,   Paramus, NJ 07652-5659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              David Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank, National Association, as Trustee for the
               Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-0A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A
               Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through nj_ecf_notices@buckleymadole.com
              James H Cleary    on behalf of Joint Debtor Marjan  Borzilleri clearylaw@verizon.net
              James H Cleary    on behalf of Debtor David Q. Borzilleri clearylaw@verizon.net
              Joshua I. Goldman    on behalf of Creditor    HSBC Bank, National Association, as Trustee for the
               Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-0A1 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    V W Credit Inc NJ_ECF_Notices@buckleymadole.com
              William M.E. Powers    on behalf of Creditor    HSBC Bank, National Association, as Trustee for the
               Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-0A1 ecf@powerskirn.com
                                                                                              TOTAL: 10