UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James H. Cleary, P.A.
James H. Cleary 2598
71 Kip Avenue
PO Box 127
Rutherford, NJ 07070
(201) 939-3444 Fax (201) 939-7666
clearylaw@verizon.net

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David Q. Borzilleri
Majan Borzilleri

Case No.: 12-20503

Chapter: 13

Hearing Date: August 16, 2017

Judge: R. Gambardella

**CAPTION OF ORDER** TO RECLASSIFY MORTGAGE TO UNSECURED

The relief set forth on the following pages, numbered two (2) through __3__ is **ORDERED**.

DATED: August 23, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> James H. Cleary, P.A. <br> James H. Cleary 2598 <br> 71 Kip Avenue <br> PO Box 127 <br> Rutherford, NJ 07070 <br> (201)939-3444 Fax (201)939-7666 <br> clearylaw@verizon.net | |
| In Re: <br><br> David Q. Borzilleri <br> Marjan Borzilleri | Case No: 12-20503 <br><br> Chapter: 13 <br><br> Hearing Date: August 16, 2017 <br><br> Judge: Rosemary Gambarc |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ MORTGAGE    ☐ LIEN    ☐ OTHER (specify) _____

> Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**NOTE TO RECORDING OFFICER:** THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 546 Salem Street, Paramus, NJ 07652

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Countrywide Bank, N.A. n/k/a Bank of Americ
   b. Current Assignee: 
   c. Current Servicer: Cenlar Central Loan Administration & Reporting
   d. Date of Mortgage/Lien: 10/25/2006
   e. Date of Recordation: 11/06/2006
   f. Place of Recordation: Bergen County Clerk
      i. Mortgage Book: 16365
      ii. Page: 842
   g. Original Principal Balance of Mortgage/Lien: $ 64,750.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev. 8/1/15*