UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James H. Cleary, P.A.
James H. Cleary 2598
71 Kip Avenue
PO Box 127
Rutherford, NJ 07070
(201) 939-3444 Fax (201) 939-7666
clearylaw@verizon.net

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David Q. Borzilleri
Majan Borzilleri

| | |
|---|---|
| Case No.: | 12-20503 |
| Chapter: | 13 |
| Hearing Date: | August 16, 2017 |
| Judge: | R. Gambardella |

**CAPTION OF ORDER** TO RECLASSIFY
MORTGAGE TO UNSECURED

The relief set forth on the following pages, numbered two (2) through ___3___ is **ORDERED**.

DATED: August 23, 2017

Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>James H. Cleary, P.A.<br>James H. Cleary 2598<br>71 Kip Avenue<br>PO Box 127<br>Rutherford, NJ 07070<br>(201)939-3444 Fax (201)939-7666<br>clearylaw@verizon.net | |
| In Re:<br><br>David Q. Borzilleri<br>Marjan Borzilleri | Case No: 12-20503<br>Chapter: 13<br>Hearing Date: August 16, 2017<br>Judge: Rosemary Gambard |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

> Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**NOTE TO RECORDING OFFICER:** THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

2

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 546 Salem Street, Paramus, NJ 07652

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Countrywide Bank, N.A. n/k/a Bank of Americ
   b. Current Assignee: _____
   c. Current Servicer:  Cenlar Central Loan Administration & Reporting
   d. Date of Mortgage/Lien: 10/25/2006
   e. Date of Recordation: 11/06/2006
   f. Place of Recordation: Bergen County Clerk
      i. Mortgage Book: 16365
      ii. Page: 842
   g. Original Principal Balance of Mortgage/Lien: $ 64,750.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
David Q. Borzilleri
Marjan Borzilleri
    Debtors

Case No. 12-20503-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2017
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db/jdb         +David Q. Borzilleri,    Marjan Borzilleri,    546 Salem Street,    Paramus, NJ 07652-5659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
       David Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
       Denise E. Carlon    on behalf of Creditor    HSBC Bank, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-0A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj_ecf_notices@buckleymadole.com
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through nj_ecf_notices@buckleymadole.com
       James H Cleary    on behalf of Joint Debtor Marjan   Borzilleri clearylaw@verizon.net
       James H Cleary    on behalf of Debtor David Q. Borzilleri clearylaw@verizon.net
       Joshua I. Goldman    on behalf of Creditor    HSBC Bank, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-0A1 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Melissa N. Licker    on behalf of Creditor    V W Credit Inc NJ_ECF_Notices@buckleymadole.com
       William M.E. Powers    on behalf of Creditor    HSBC Bank, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-0A1 ecf@powerskirn.com
                                                                       TOTAL: 10