**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Q. Borzilleri | Social Security number or ITIN   xxx–xx–3106 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marjan Borzilleri | Social Security number or ITIN   xxx–xx–0288 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–20503–RG

# Order of Discharge                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Q. Borzilleri                           Marjan Borzilleri
                                              aka Marjan Hamzelou

11/20/17                                      **By the court:** Rosemary Gambardella
                                                              United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-20503-RG
David Q. Borzilleri                                                     Chapter 13
Marjan Borzilleri
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Nov 20, 2017
                              Form ID: 3180W           Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db/jdb         +David Q. Borzilleri,    Marjan Borzilleri,    546 Salem Street,    Paramus, NJ 07652-5659
cr             +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +Unity Bank,   c/o Maselli Warren, P.C.,    600 Alexander Road,    Suite 3-4A,
                 Princeton, NJ 08540-6018
512978963      +American Express Bank, FSB-POC,    PO Box 981537,    El Paso, TX 79998-1537
513336446       Bank of America, NA,    P.O. Box 660933,    Dallas, TX  75266-0933
512978971       Cenlar Loan Administration & Reporting,    PO Box 71201,    Philadelphia, PA 19176-6201
513247788      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
513362512      +Dell Financial Services,    c/o American Recovery Service, Inc.,
                 555 St. Charles Drive, Suite 100,    Thousand Oaks, CA 91360-3983
512978986      +HSBC/Neiman-POC,    PO Box 15221,    Wilmington, DE 19850-5221
512978987       Jaffe & Asher, LLP,    600 Third Avenue,    New York, NY 10016-1901
512978989       National Capital Management LLC - POC,    8425 Tournament Drive,    Suite 230,
                 Memphis, TN 38125
512978999      +Security Credit Services LLC,    2653 W Oxford Loop,    Oxford, MS 38655-5442
514443235      +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514443236      +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 Bankruptcy Dept 80129-2386
517013728       U.S. Dept. of Education,    PO Box 530260,    Payment Center,    Atlanta, GA 30353-0260
512979004      +US Department of Ed -Direct Loans-POC,    PO Box 5609,    Greenville, TX 75403-5609
517125595       US Department of Education,    Direct Loan Servicing Center,    PO Box 5202,
                 Greenville, TX 75403-5202
513084267       US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                 Greenville, TX 75403-5609
512979003      +Unity Bank,    Corporate Office,    64 Old Highway 22,    Clinton, NJ 08809-1305
512979005       Volkswagen Credit,    PO Box 5215,    Carol Stream, IL 60197-5215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: vci.bkcy@vwcredit.com Nov 20 2017 23:41:32     V W Credit Inc,    PO Box 829009,
                 Dallas, TX  75382-9009
512978962       EDI: MERRICKBANK.COM Nov 20 2017 22:58:00      Advanta Bank,    PO Box 844,
                 Spring House, PA 19477
513244975       EDI: BL-ADVANTA.COM Nov 20 2017 23:03:00      Advanta Bank Corp in receivership of FDIC,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513235955       EDI: MERRICKBANK.COM Nov 20 2017 22:58:00      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
513131681       EDI: BECKLEE.COM Nov 20 2017 22:58:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern  PA 19355-0701
513166308       EDI: BECKLEE.COM Nov 20 2017 22:58:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
512978964      +EDI: AMEREXPR.COM Nov 20 2017 23:03:00      American Express-POC,    PO Box 981537,
                 El Paso, TX 79998-1537
512978965       EDI: AIS.COM Nov 20 2017 23:03:00     American Infosource LP - POC,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
513077598       EDI: BANKAMER2.COM Nov 20 2017 23:03:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512978967      +EDI: BANKAMER2.COM Nov 20 2017 23:03:00      Bank of America,    PO Box 17054,
                 Wilmington, DE 19850-7054
512978966       EDI: BANKAMER.COM Nov 20 2017 22:58:00      Bank of America,    PO Box 15222,
                 Wilmington, DE 19886-5222
512978968      +EDI: BANKAMER2.COM Nov 20 2017 23:03:00      Bank of America - POC,    PO Box 17054,
                 Wilmington, DE 19850-7054
512978969      +EDI: BASSASSOC.COM Nov 20 2017 22:58:00      Bass & Associates, P.C.,    3936 E. Ft. Lowell,
                 Suite 200,    Tucson, AZ 85712-1083
512978970       EDI: BL-BECKET.COM Nov 20 2017 23:03:00      Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
512978972       EDI: CHASE.COM Nov 20 2017 23:03:00      Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
512978973       EDI: CHASE.COM Nov 20 2017 23:03:00      Chase Bank USA NA-POC,    PO Box 15298,
                 Wilmington, DE 19850-5298
512978974      +EDI: CITICORP.COM Nov 20 2017 23:03:00      Citibank,    PO Box 6241,
                 Sioux Falls, SD 57117-6241

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Nov 20, 2017
                              Form ID: 3180W           Total Noticed: 80


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513301132      +EDI: CITICORP.COM Nov 20 2017 23:03:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
512978975      +EDI: RCSDELL.COM Nov 20 2017 23:03:00      Dell Computer/WEB Bank,    PO Box 81577,
                 Austin, TX 78708-1577
512978976       EDI: TSYS2.COM Nov 20 2017 22:58:00      Department Stores Nat'l Bank/Bloomie-POC,    PO Box 137,
                 Columbus, GA 31902-0137
512978977       EDI: TSYS2.COM Nov 20 2017 22:58:00      Department Stores Nat'l Bank/Macys-POC,    PO Box 137,
                 Columbus, GA 31902-0137
512991470       EDI: DISCOVER.COM Nov 20 2017 23:03:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH   43054-3025
512978978       EDI: DISCOVER.COM Nov 20 2017 23:03:00      Discover Bank,    DFS Services LLC,    PO Box 3025,
                 New Albany, OH 43054-3025
512978979      +EDI: DISCOVER.COM Nov 20 2017 23:03:00      Discover Financial Services-POC,    PO Box 15316,
                 Wilmington, DE 19850-5316
512978982      +EDI: BANKAMER.COM Nov 20 2017 22:58:00      FIA Card Services,    1000 Samoset Drive,
                 Newark, DE 19713-6000
512978983       EDI: AIS.COM Nov 20 2017 23:03:00      FIA Card Services, NA,    PO Box 248809,
                 Oklahoma City, OK 73124-8809
512978985      +EDI: PRA.COM Nov 20 2017 23:03:00      HSBC Bank Nevada NA-POC,
                 c/o PRA Receivables Management, LLC,    PO Box 12907,   Norfolk, VA 23541-0907
512978984      +EDI: CITICORP.COM Nov 20 2017 23:03:00      Home Depot/ Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
513083138      +EDI: OPHSUBSID.COM Nov 20 2017 23:03:00       KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513382187      +EDI: OPHSUBSID.COM Nov 20 2017 23:03:00      Lindia, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512978988      +EDI: FORD.COM Nov 20 2017 23:03:00      Mazda American Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
513053528      +E-mail/Text: bknotice@ncmllc.com Nov 20 2017 23:41:33       National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
512978992       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502
513834661       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
513109015       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Ameritech,
                 POB 41067,   Norfolk VA 23541
513199167       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                 POB 41067,   Norfolk VA 23541
513122225       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Citibank,
                 POB 41067,   Norfolk VA 23541
513160673       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Sears Mc,
                 POB 41067,   Norfolk VA 23541
513257482       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Sunoco,
                 PO Box 41067,   Norfolk VA 23541
513257483       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,    c/o Thd,
                 PO Box 41067,   Norfolk VA 23541
513278070       EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Washington Mutual,   POB 41067,    Norfolk VA 23541
512978997      +EDI: PRA.COM Nov 20 2017 23:03:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
512978998      +EDI: PRA.COM Nov 20 2017 23:03:00      PRA Receivables Managment, LLC,    POB 12907,
                 Norfolk, VA 23541-0907
512978993      +EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery - POC,    120 Corporate Blvd, Suite 1,
                 Norfolk, VA 23502-4952
512978994      +EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery-POC,    Citibank S.D.,
                 120 Corporate Blvd, Suite 1,    Norfolk, VA 23502-4952
512978996      +EDI: PRA.COM Nov 20 2017 23:03:00      Portfolio Recovery-POC,    FIA Card Services N.A.,
                 120 Corporate Blvd, Suite 1,    Norfolk, VA 23502-4952
513031387       EDI: Q3G.COM Nov 20 2017 23:03:00      Quantum3 Group LLC as agent for,
                 World Financial Network Bank,   PO Box 788,    Kirkland, WA  98083-0788
513127275       EDI: Q3G.COM Nov 20 2017 23:03:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,   PO Box 788,    Kirkland, WA  98083-0788
512979000      +EDI: CITICORP.COM Nov 20 2017 23:03:00      Sunoco/Citibank,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
512979001       EDI: AISTMBL.COM Nov 20 2017 22:58:00      T Mobile/T-Mobile USA Inc.,    PO Box 53410,
                 Bellevue, WA 98015-3410
512979002       EDI: TFSR.COM Nov 20 2017 23:03:00      Toyota Motor Credit Corp.,    4 Gatehall Dr., Suite 350,
                 Parsippany, NJ 07054
513087578       EDI: BL-TOYOTA.COM Nov 20 2017 23:03:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
513076061      +E-mail/Text: vci.bkcy@vwcredit.com Nov 20 2017 23:41:32       V W Credit, Inc.,
                 9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
512979006      +EDI: WFNNB.COM Nov 20 2017 23:03:00      WFNNB-Fortunoff,    PO Box 182789,
                 Columbus, OH 43218-2789
512978980       EDI: ECAST.COM Nov 20 2017 23:03:00      eCAST Settlement Corporation,    POB 35480,
                 Newark, NJ 07193-5480
513207301       EDI: ECAST.COM Nov 20 2017 23:03:00      eCAST Settlement Corporation assignee of Chase,
                 Bank USA NA,   POB 35480,    Newark NJ 07193-5480
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Nov 20, 2017
                              Form ID: 3180W           Total Noticed: 80
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
512978981          EDI: ECAST.COM Nov 20 2017 23:03:00      eCAST Settlement Corporation-POC,   POB 35480,
                   Newark, NJ 07193-5480
                                                                                                        TOTAL: 59

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512978990*        National Capital Management, LLC - POC,   8425 Tournament Drive,   Suite 230,
                   Memphis, TN 38125
512978991*        National Capital Management, LLC-POC,   8425 Tournament Drive,   Suite 230,   Memphis, TN 38125
513834676*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,   PO BOX 41067,
                   Norfolk, VA 23541)
512978995*       +Portfolio Recovery-POC,   120 Corporate Blvd, Suite 1,   Norfolk, VA 23502-4952
517125673*        US Department of Education,   Direct Loan Servicing Center,   PO Box 5202,
                   Greenville, TX  75403-5202
                                                                                        TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
```
              David   Fornal    on behalf of Creditor    Unity Bank dfornal@maselliwarren.com
              Denise E. Carlon    on behalf of Creditor   HSBC Bank, National Association, as Trustee for the
               Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-0A1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A
               Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through nj_ecf_notices@buckleymadole.com
              James H Cleary    on behalf of Debtor David Q. Borzilleri clearylaw@verizon.net
              James H Cleary    on behalf of Joint Debtor Marjan  Borzilleri clearylaw@verizon.net
              Joshua I. Goldman    on behalf of Creditor   HSBC Bank, National Association, as Trustee for the
               Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-0A1 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    V W Credit Inc NJ_ECF_Notices@buckleymadole.com
              William M.E. Powers    on behalf of Creditor   HSBC Bank, National Association, as Trustee for the
               Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-0A1 ecf@powerskirn.com
                                                                                              TOTAL: 10
```