Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  12–20503–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Q. Borzilleri
546 Salem Street
Paramus, NJ 07652

Marjan Borzilleri
aka Marjan Hamzelou
546 Salem Street
Paramus, NJ 07652

Social Security No.:
  xxx–xx–3106

  xxx–xx–0288

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 11, 2017</u>

<u>Rosemary Gambardella</u>
Judge, United States Bankruptcy Court